# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

CRIMINAL COMPLAINT

M.J. No.: 05-1631-CBS

RAFAEL GONZALEZ-VINCENTE
(a/k/a Willy, a/k/a Raphael Gonzalez, Jr.)
and JOSE A. RAMOS (a/k/a Jonathan)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about **September 1, 2003 to in or about January 2005** in **Essex** County and elsewhere in the District of **Massachusetts**, defendants did, (Track Statutory Language of Offense)

**Conspire to possess with intent to distribute and to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance**

in violation of Title **21** United States Code, Sections **846, 841(a)(1)**.

I further state that I am a **Special Agent - DEA**
Official Title

and that this complaint is based on the following facts:

**Please see attached Affidavit of Special Agent Matthew M. Deignan.**

Continued on the attached sheet and made a part hereof: [x] Yes   [ ] No

_____
Signature of Complainant
Matthew M. Deignan
Special Agent - DEA

Sworn to before me and subscribed in my presence,

**January 20, 2005** at **Boston, Massachusetts**
Date                                              City and State

**Charles B. Swartwood, III**
**Chief United States Magistrate Judge**           _____
Name and Title of Judicial Officer                 Signature of Judicial Officer