UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>RAFAEL GONZALEZ-VINCENTE )<br>)<br>(a/k/a Willy,   )<br>a/k/a Raphael Gonzalez, Jr.   )<br>and JOSE A. RAMOS (a/k/a Jonathan) )<br>) | M.J. No. 05-1631-CBS |

*filed in open court 1/28/05*

**GOVERNMENT'S MOTION TO UNSEAL**

The United States of America moves to unseal the criminal complaint in the captioned matter in light of the arrest of Rafael Gonzalez-Vincente.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Denise Jefferson Casper
DENISE JEFFERSON CASPER
Assistant U.S. Attorney
(617) 748-3120

January 28, 2005

1-28-05
allowed
[signature]