AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

*filed in open court 1/28/05*

## APPEARANCE

Case Number: 05-1631-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for __Rafael Gonzalez-Vincente__

I certify that I am admitted to practice in this court.

__1/28/05__
Date

__Robert M. Strasnick__
Signature

__Robert M. Strasnick__   __637598__
Print Name   Bar Number

__70 Washington Street, St. 212__
Address

__Salem__   __MA__   __01970__
City   State   Zip Code

__978-740-6633__   __978-740-6644__
Phone Number   Fax Number