AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

_Filed in Open Court_
_1/31/05_
_(BP)_

## APPEARANCE

Case Number: 05-1631-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Rafael Gonzalez-Vizcaino_

I certify that I am admitted to practice in this court.

1/31/05
Date

_[Signature]_
Signature

Steven J. Reppucci
Print Name

412300
Bar Number

225 Central Street
Address

Lowell    MA    01852
City    State    Zip Code

978-454-8103
Phone Number

978-937-9422
Fax Number