AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

UNITED STATES

V.

RAFAEL GONZALEZ-VINCENTE

## EXHIBIT AND WITNESS LIST

Case Number: 04-1631-CBS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY CASPER | DEFENDANT'S ATTORNEY RAPPAPORT |
|---|---|---|
| TRIAL DATE (S) 2/3/2005 | COURT REPORTER 3:02 P | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | | | | Matthew Deignan |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 2/3/05 | X | X | Criminal Complaint & Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages