# RAPPAPORT & DELANEY
## ATTORNEYS AT LAW

STEVEN J. RAPPAPORT

228 CENTRAL STREET
LOWELL, MASSACHUSETTS 01852-2201

SEAN T. DELANEY +
+ Also admitted in Rhode Island and Florida

TELEPHONE: (978) 454-8103
FACSIMILE: (978) 937-9422

February 7, 2005

Lisa Roland
Courtroom Clerk for Magistrate Judge Charles B. Swartwood, III
404 Harold D. Donohue Federal Bldg & Courthouse
595 Main Street
Worcester, MA 01608-2076

Re:   United States v. Rafael Gonzalez-Vincente
      M.J. No. 05-1631-CBS

Dear Ms. Roland:

I am requesting that a transcript of the testimonial evidence before the Court at the Probation Cause/Detention Hearing held on February 3, 2005 be produced. Please be so kind as to bill me at this office for the expenses incurred in producing the requested transcript. Thank you for your anticipated cooperation in this matter.

Very truly yours,

Steven J. Rappaport

SJR/mn