AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

RAFAEL GONZALEZ-VINCENTE
(a/k/a Willy, a/k/a Raphael Gonzalez, Jr.)
and JOSE A. RAMOS (a/k/a Jonathan)

WARRANT FOR ARREST

Case Number: 05-1631-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Rafael Gonzalez-Vincente (a/k/a Willy, a/k/a Raphael Gonzalez, Jr.__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☒ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**conspiracy to possess with intent to distribute and distribute cocaine base and cocaine**

in violation of Title __21__ United States Code, Section(s) __846, 841__.

Charles B. Swartwood, III
Name of Issuing Officer

Signature of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

Boston, MA; January 20, 2005
Date and Location

Bail fixed at $ _____    BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/27/05 |  |
| DATE OF ARREST |  |  |

Received U.S. Marshals Service Boston, MA 2005 JAN 21 A 9:00